Anastasia Sherman
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Anastasia Sherman
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Andrea Scarborough
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Andrea Scarborough
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Anna C. Haac
Tycko & Zavareei LLP
1828 L. Street NW Ste 1000
Washington, DC 20036

Anthony Green
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Anthony Green
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Beth Gernenz
c/o Edelman et al
20 S. Clark St Ste 1500
Chicago, IL 60603

Brophy & Devaney, PLLC
The Overlook at Barton Creek
317 Grace Lane Ste 210
Austin, TX 78746


Burry Pough
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Burry Pough
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Chase Bank
c/o Bankruptcy Notice
700 Kansas Lane
Monroe, LA 71203


Chris Kobin
c/o John Scofield
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Christine Cumming
c/o Tycko & Zavareei LLP
1828 L. Street NW Ste 1000
Washington, DC 20036


Citibank
Attn: Bankruptcy Dept.
PO Box 790034
Saint Louis, MO 63179-0034


CITICARDS CBNA
PO BOX 6241
SIOUX FALLS, SD 57117

COMENITY BANK/ROOMPLCE
PO BOX 182789
COLUMBUS, OH 43218

Cortland Christopher Putbrese
Dunlap Bennett & Ludwig (Richmond)
8003 Franklin Farms Dr. Ste 220
Henrico, VA 23229

Craig Carley Marchiando
Consumer Litigation Associates
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA 22314

Craig Thomas Merritt
Christian & Baton, LLP
909 E. Main St. 1200
Richmond, VA 23219-3095

Dana Duggan
c/o John B. Scofield , Jr.
628 East 9th Street
Houston, TX 77007

Dana Duggan
c/o John J. Roddy
Bailey & Glasser LLP
99 HIgh Street Ste 304
Boston, MA 02110

David French & Assoc.
609 Castle Ridge Ste 445
Austin, TX 78746

Dennis Geter
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Dennis Geter
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Devin Noble
Hinshaw & Culbertson LLP (IL-NA)
100 Park Ave., PO Box 1389
Rockford, IL 61105

Dianne Turner
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Dianne Turner
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Dominique de la Bay
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Dominique de la Bay
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Dowin Coffy
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Dowin Coffy
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Earl Browne
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road
Fairfax, VA 22030

Earl Browne
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Eleanor Michelle Drake
Berger & Montague PC
43 S.E. Main Street 505
Minneapolis, MN 55414

Elizabeth A. Ryan
Bailey & Glasser LLP
99 High Street Ste 304
Boston, MA 02110

Elizabeth Childress Burneson
Hirschler Fleischer PC
2100 E. Cary Street
Richmond, VA 23223

Faith Thomas
Faith Thomas
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Faith Thomas
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

George Hengle
c/o John Scofield
628 East 9th Street
Houston, TX 77007

George Hengle
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Giordani & Assoc.
2301 S. Capital of Texas Hwy Bldg K
Austin, TX 78746

Gloria Turnage
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Gloria Turnage
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Harrison Mann Gates
Christian & Barton LLP
909 E. Main St. Ste 1200
Richmond, VA 23219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1100 Commerce St., Mail Code 5020-DAL
Dallas, TX 75242

Jackson Lewis
c/o Billy Jackson
500 E. Main Street Ste 800
Norfolk, VA 23510

Jennifer Rust Murray
Terrell Marshall Law Group
936 North 34th St Ste 300
Seattle, WA 98103-6689

Jerry Avent
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Jerry Avent
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

John Gerard Albanese
Berger & Montague PC
43 S.E. Main Street Ste 505
Minneapolis, MN 55414

Keisha Hamm
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Keisha Hamm
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Kevin Minor
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Kevin Minor
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Kristi Cahoon Kelly
Kelly Guzzo PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Latanya Tarleton
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Latanya Tarleton
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Lenord Bennett
Consumer Litigation Associates
626 E. Broad Street Ste 300
Richmond, VA 23219


Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Blvd Ste 1A
Newport News, VA 23601


Linda Madison
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Linda Madison
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Liont, LLC
3805 Greenbrier Dr.
Dallas, TX 75225

Lisa Martinez
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Lisa Martinez
c/o Kelly Guzzo PLLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Loeb & Loeb LLP
c/o Barney Given
10100 Santa Monica Blvd. 2200
Los Angeles, CA 90067

Lori Fitzgerald
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Lori Fitzgerald
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Lucinda Gray
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Lucinda Gray
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Lula Williams et al
c/o Kelly Guzzo PLC
3925 Chain Bridge Road 202
Fairfax, VA 22030


Lula Williams et al
c/o Beth Ellen Terrell
936 North 34th St 300
Seattle, WA 98103-6689


Lula Williams et al
c/o Casey Shannon Nash
3925 Chain Bridge Road 202
Fairfax, VA 22030


Lula Williams et al
Terrell Marshall Law Group PLLC
936 North 34th St Ste 300
Seattle, WA 98103-6689


Lulu Williams
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Lulu Williams
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road 202
Fairfax, VA 22030


Marcella P. Singh
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Marcella P. Singh
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Martin Cunniff
RuyakCherian LLP (NA)
1700 K Street NW Ste 810
Washington, DC 20006

Rebecca LeAnn Martorello
3805 Greenbrier Dr.
Dallas, TX 75225

Matthew Hall
c/o Edelman Combs Latturner
20 S. Clark St. 1500
Chicago, IL 60603

Michael A. Caddell
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Michael J. Leard
Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210-2604

Micheal A. Caddell
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Mike Basile
3207 Plantation Village
Dorado, PR 00646

Office of General Counsel
801 Cherry Street Ste 2500, Unit 45
Fort Worth, TX 76102


Rebecca Ruby Anzidei
Ruyak Cherian LLP
1700 K St. NW Ste 810
Washington, DC 20006


Regina Nolte
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Regina Nolte
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Renee Galloway
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Renee Galloway
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Richard Lee Smith
c/o Cynthia B. Chapman
628 East 9th Street
Houston, TX 77007


Rose Marie Buchert
c/o Kelly Guzzo PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Rose Marie Buchert
c/o John Scofield
628 East 9th Street Ste 202
Houston, TX 77007


Sharon Paavo
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Sharon Paavo
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Sonji Grandy
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030


Sonji Grandy
c/o John Scofield
628 East 9th Street
Houston, TX 77007


Steve D. Larson
Stoll Stoll et al
209 SW Oak Street Ste 500
Portland, OR 97204


Steven C. Berman
Stoll Stoll et al
209 SW Oak Street 5th Floor
Portland, OR 97204


Teresa Titus
Teresa Titus
c/o John Scofield
628 East 9th Street
Houston, TX 77007

Teresa Titus
c/o Kelly Guzzo, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030

Texas Comptroller of Public Accounts
Revenue Acct. Division
PO Box Box 13528, Capital Station
Austin, TX 78711

The Summit Investment Group
3207 Plantation Village
Dorado, PR 00646

Thomas Lester
Hinshaw & Culbertson LLP (IL-NA)
100 Park Ave., PO Box 1389
Rockford, IL 61105

United States Trustee
1100 Commerce St., Mail Code 5020-DAL
Dallas, TX 75242-0996

Victoria Renee McKoy
c/o John Scofield
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Martorello, Rebecca LeAnn**            CASE NO 24-44210-7

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **11/13/2024**      Signature      **/s/ Rebecca LeAnn Martorello**

                                                       Rebecca LeAnn Martorello, Debtor