**MCKOOL SMITH, PC**
John J. Sparacino (TX Bar No. 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jsparacino@mckoolsmith.com

Alan Loewinsohn (TX Bar No. 12481600)
300 Crescent Court, Suite 1200
Dallas Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: aloewinsohn@mckoolsmith.com

*Counsel for Daniel Chu*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br><br>TRICOLOR HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>CASE NO. 25-33487 (MVL) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel to Daniel Chu ("Chu"), and file this *Notice of Appearance and Request for Service of Pleadings* pursuant to 11 U.S.C § 1109(b) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and hereby request copies of all notices, pleadings, orders, and other papers served or required to be served in this case, pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010 be delivered to and served upon the parties identified below at the following addresses:

John J. Sparacino
**MCKOOL SMITH, PC**
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jsparacino@mckoolsmith.com

Alan Loewinsohn
**MCKOOL SMITH, PC**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: aloewinsohn@mckoolsmith.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

Please take further notice that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Northern District of Texas or a waiver of any substantive or procedural rights of Chu, including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Northern District of Texas (the "District Court"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which

2

Chu may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved

Houston, Texas
Dated: September 12, 2025

    Respectfully submitted,

**MCKOOL SMITH, PC**

*/s/ John J. Sparacino*
John J. Sparacino (TX Bar No. 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jsparacino@mckoolsmith.com

Alan Loewinsohn (TX Bar No. 12481600)
300 Crescent Court, Suite 1200
Dallas Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: aloewinsohn@mckoolsmith.com

***Counsel to Daniel Chu***

## CERTIFICATE OF SERVICE

    I certify that on September 12, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

    */s/ John J. Sparacino*
    John J. Sparacino