B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Texas

**In re** Tricolor Holdings, LLC, et al.

Case No. 25-33487 (MVL)

**Debtor** Tricolor Holdings, LLC and its debtor affiliates

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    Sidley Austin LLP was retained as restructuring counsel to Tricolor Holdings, LLC and its debtor affiliates on August 25, 2025 and received $1,300,000.00 in advance retainer payments in connection with the engagement. This retention involved numerous work streams including, without limitation, financing alternatives, governance matters, investigations, regulatory issues, and alternative restructuring negotiations, in addition to the ultimate preparation for chapter 7 filings.

2. The source of the compensation paid to me was:

    [x] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [ ] Debtor      [x] Not Applicable

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    Not Applicable. Following the petition date, Sidley Austin LLP is not engaged and will not be retained by the chapter 7 trustee in connection with the chapter 7 cases.

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

As described above, following the petition date Sidley Austin LLP will not be engaged or retained by the chapter 7 trustee in connection with the chapter 7 cases.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/17/2025        *Thomas Califano*
*Date*        *Signature of Attorney*

Sidley Austin LLP
*Name of law firm*