UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Tricolor Holdings, LLC et al.

§
§ Case No.: 25-33487-mvl7
§
§ Joint Administration Pending
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Anderson, Sam
   *Last*  *First*  *MI*

2. Firm Name: Berstein, Shur, Sawyer & Nelson, P.A.

3. Address: 100 Middle St.
   PO Box 9729
   Portland, ME 04101-5029

4. Phone: (207) 228-7178   FAX: _____
   Email: sanderson@bernsteinshur.com

5. Name used to sign *all* pleadings: Sam Anderson

6. Retained by: Vervent, Inc.

7. Admitted on 5/20/05 and presently a member in good standing of the bar of the highest court of the state of Maine and issued the bar license number of 009809.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | State of New Jersey | 12/15/00 |
   | Commonwealth of Pennsylvania | 10/30/00 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*         *Case No. and Style*

    n/a

13. Local counsel of record:  Wick Phillips Gould & Martin, LLP, Attn. Scott Lawrence

14. Local counsel's address:  3131 McKinney Ave., Suite 500, Dallas, TX 75204

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Sam Anderson
Printed Name of Applicant

9/17/2025
Date

/s/ Sam Anderson
Signature of Applicant