# Primary Servicing Value chain



### Onboarding
- Board new consumer accounts into the servicing platform
- Development, execution and ongoing updating of compliance requirements

### Campaign Management
- Planning and execution of borrower outreach strategies
- Communications to borrowers across multiple channels (voice, text, chat, email)

### Document Management
- Custody, processing, verification transmission of account related documents
- Verification of data fields within consumer contracts
- Custody, processing and management of vehicle titles

### Account Management
- Borrower statements provided online or via mail
- Payment processing
- Fraud prevention/identification
- Credit reporting
- Process disputes
- Custody and processing of title and secured assets

### Collections
- Adhere to ongoing regulatory compliance
- Actively collect on delinquent accounts
- Account payments through multiple channels (ACH, card, check, etc.)
- Collect and consolidate funds remitted by borrowers
- Repossession of vehicles and liquidation through auction

### Reporting
- Manage and maintain electronic and physical data of the loans
- Servicer reports
- SLA reporting
- Performance metrics

Trustee's Exhibit 020